# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

**HONORABLE:** David L. Horan
**DEPUTY CLERK:** V. Fisher
**LAW CLERK:** _____
**INTERPRETER:** _____

**PRESIDING:** _____
**COURT REPORTER/TAPE NUMBER:** FTR
**USPO:** _____
**Date:** 8/12/14

---

Cr.No.3:14-cr-00298-M *SEALED*

DEFT. No. _____

UNITED STATES OF AMERICA

v.

JASON BOND (4)

§
§
§
§
§

Brian Poe, AUSA

Mark Perez

COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

---

## ARRAIGNMENT/REARRAIGNMENT

Time in Court: 1 min

Trial Status: ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Direct Verdict  ☐ Evidence Entered
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial  ☐ Settled/Guilty  ☐ None

Days in Trial: _____

Hearing Concluded: ☑ Yes  ☐ No

☑ Defendant SWORN.

☑ Arraignment  ☐ Rearraignment – Held on Count(s) 1

of the 1 count(s)  ☑ Indictment  ☐ Information  ☐ Superseding Indictment  ☐ Complaint

☐ Sentencing Guidelines                                              ☐ Superseding Information

☑ Deft enters a pleas of  ☑ Not Guilty  ☐ Guilty  ☐ Nolo

☐ Waiver of Jury Trial

☐ Waiver of Indictment filed

☐ Plea Agreement accepted     ☐ Court defers acceptance of Plea Agreement

☐ Plea Agreement filed (see agreement for details)  ☐ No Plea Agreement

☐ Plea Agreement included with Factual Resume.

☐ Factual Resume filed.

☐ Sentencing set  Date: _____  Time: _____

☑ Trial set for  Date: TBA  Time: _____
Pretrial motions due: _____  Discovery motions/Government Responses due: _____

☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.

☐ PSI waiver filed.  PSI due: _____  Pre-sentence Referral Form to: _____

☐ Deft Bond  ☐ Set  ☐ reduced to $ _____  ☐ Cash  ☐ Surety  ☐ 10%  ☐ PR

☐ Deft failed to appear, bench warrant to issue.

☑ Bond  ☑ continued  ☐ forfeited

☐ Deft Custody/Detention continued.

☐ Deft REMANDED to custody.

OTHER PROCEEDINGS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
AUG 12 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy